**MAYALL HURLEY**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone (209) 477-3833
**ROBERT J. WASSERMAN**
State Bar No. 258538
**JOHN P. BRISCOE**
State Bar No. 273690

**Attorneys for Plaintiff Timothy Denton**

Mark S. Askanas (State Bar No. 122745
Alison H. Hong (State Bar No. 272968)
**JACKSON LEWIS P.C.**
50 California Street, 9th Floor
San Francisco, California 94111
Telephone (415) 394-9400
Facsimile:  (415) 394-9401
askanasm@jacksonlewis.com
Alison.Hong@jacksonlewis.com

**Attorneys for Defendant**
**G4S Secure Solutions (USA) Inc.**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY DENTON,** | Case No.: 2:14-cv-01697-KJM-CKD |
| Plaintiff, | **STIPULATION AND ORDER RE PRODUCTION OF DOCUMENTS AND DEPOSITIONS** |
| v. | |
| **G4S SECURE SOLUTIONS (USA) INC. and DOES 1-100 inclusive,** | |
| Defendants. | |

/ / /

/ / /

---

1  WHEREAS, the discovery cutoff in this case is September 7, 2015;

2  WHEREAS, Plaintiff noticed the deposition of Robert Schreiner for July 24, 2015 with
3  production of documents;

4  WHEREAS, Defendant has stated it is unable to produce all responsive documents by the
5  date of the deposition; and

6  WHEREAS the parties wish to avoid law and motion with regard to this matter, and to
7  resolve the matter informally:

8  IT IS HEREBY STIPULATED between Plaintiff Timothy Denton and Defendant G4S
9  Secure Solutions (USA) Inc. that Defendant, without waiving any objections, shall produce to
10 Plaintiff's counsel all non-privileged documents which are responsive to the document requests
11 (nos. 1-27) set forth in the Notice of Deposition of Robert Schreiner (served June 18, 2015) no later
12 than noon, Wednesday, August 12, 2015.  For purposes of this paragraph, "produce" means that
13 Plaintiff's counsel will, at that designated date and time, actually have the documents in his
14 possession.  Plaintiff will accept service of the documents via e-mail, so long as all copies of
15 documents are legible.

16 IT IS FURTHER STIPULATED between Plaintiff and Defendant that Defendant will
17 produce Rosemary Hill for deposition at the previously-noticed location on August 20, 2015 at
18 10:00 a.m., and will produce Robert Schreiner for deposition at the previously-noticed location on
19 August 21, 2015 at 10:00 a.m.

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

DATED: July 23, 2015                                MAYALL HURLEY P.C.


By_____
ROBERT J. WASSERMAN
JOHN P. BRISCOE
Attorneys for Plaintiff,
TIMOTHY DENTON


DATED: July 23, 2015                                JACKSON LEWIS P.C.


By_____
MARK S. ASKANAS
ALISON H. HONG
Attorneys for Defendant
G4S SECURE SOLUTIONS (USA) INC.


### **ORDER**

Good cause appearing,

   IT IS HEREBY ORDERED that Defendant G4S Secure Solutions (USA) Inc., without waiving any objections, shall produce to Plaintiff's counsel all non-privileged documents which are responsive to the document requests (nos. 1-27) set forth in the Notice of Deposition of Robert Schreiner (served June 18, 2015) no later than noon, Wednesday, August 12, 2015.  For purposes of this paragraph, "produce" means that Plaintiff's counsel will, at that designated date and time, actually have the documents in his possession.  Plaintiff will accept service of the documents via e-mail, so long as all copies of documents are legible.

   IT IS FURTHER ORDERED that Defendant G4S Secure Solutions (USA) Inc. will produce Rosemary Hill for deposition at the previously-noticed location on August 20, 2015 at 10:00 a.m., and will produce Robert Schreiner for deposition at the previously-noticed location on August 21, 2015 at 10:00 a.m.

Dated: July 24, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE