UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DENTON,<br><br>          Plaintiff,<br><br>     v.<br><br>G4S SECURE SOLUTIONS (USA) INC.,<br><br>          Defendant. | No.  2:14-cv1697 KJM CKD<br><br><br>ORDER |

Plaintiff's motion to compel came on regularly for hearing on August 19, 2015.  Robert Wasserman appeared telephonically for plaintiff.  Alison Hong appeared for defendant.  Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

   1. The motion to compel (ECF No. 24) is granted.  Further responses to the interrogatories and production of documents shall be made within fourteen days, limited to employees based out of the Sacramento branch from the time period of July 2012 to July 2015, but including employees within those parameters who have held any of the various former positions held during plaintiff's employment with defendant.  In producing documents responsive to the document requests, defendant need not disclose the search terms by which computer searches were made in responding to the interrogatories.

/////

1

    2. No award of expenses will be made.

Dated: August 20, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 denton1697.oah