Mark S. Askanas (State Bar No. 122745)
Alison H. Hong (State Bar No. 272968)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
askanasm@jacksonlewis.com
Alison.Hong@jacksonlewis.com

Attorneys for Defendant
G4S SECURE SOLUTIONS (USA) INC.

Robert J. Wasserman (State Bar No. 258538)
John P. Briscoe (State Bar No. 273690)
MAYALL HURLEY
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818
rwasserman@mayallaw.com
jbriscoe@mayalllaw.com

Attorneys for Plaintiff
TIMOTHY DENTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DENTON,<br><br>  Plaintiff,<br><br>  v.<br><br>G4S SECURE SOLUTIONS (USA) INC., and DOES 1-100, inclusive<br><br>  Defendants. | Case No. 2:14-cv-01697-KJM-CKD<br><br>**ORDER FOR JOINT STIPULATION RE FINAL APPROVAL OF PAGA SETTLEMENT**<br><br>Judge: Hon. Kimberly J. Mueller<br><br>FAC Filed: May 21, 2015<br>Complaint Filed: August 2, 2013<br>Case Removed: 7/18/2014<br>Trial Date: 2/22/2016 |

**ORDER**

IT IS SO ORDERED that:

1. The Parties' Private Attorneys General Act Settlement Agreement and Limited Release includes a fair and reasonable resolution of Plaintiff's PAGA Claims pursuant to Labor Code section 2699(l).

2. Having considered the Parties' submissions, and all legal authorities and documents submitted in support thereof, including the Joint Stipulation for Order for Final Approval of PAGA Settlement, and good cause appearing, the court approves the Parties' Private Attorneys General Act Settlement Agreement and Limited Release.

Dated: December 6, 2016.

_____
UNITED STATES DISTRICT JUDGE

4812-3854-4171, v. 1